**RECEIVED**

SEP 2 1 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

\_\_\_Western\_\_\_ DIVISION

James E. Buie,
_____

_____
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Forest Laboratories, Inc

Forest Pharmaceuticals

_____
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:16-cv-816-D
(To be assigned
by the Clerk of
District Court)

### COMPLAINT

Plaintiff resides at: PO Box 1685
Fayetteville, NC 28302

Defendant(s) name(s) and address(es), if known: Forest Laboratory
Forest Pharmaceuticals

Jurisdiction in this court is based on: 28 U.S.C. 1332 the defendants at all times was engaged in marketing the prescription drug of mos arta, me donoril

The acts complainted of in this suit concern: The action by the defendant in distributing the above medication resulted in my wife death. My wife and I did not and could not have reasonably known that this medicin would cause her harm and eventually caused her life. I have suffered physical agony and mental anguish as a result of the defendants action. My wife doctors did not make us aware of the potential side effects of this medication. I also suffer from the loss of consortium. The defendants acted wilfully, intentionally and without regard to state and federal law.

(If you need more space, or wish to include any further
information for consideration, please attach additional sheets.)

I seek the following relief:
Declaratory Relief, injunction Relief, nominal damages, compensatory damages $75,000.00 or more, punitive damages of $250,000, attorney fees, expert witness fees and cost for this action.

```
9-21-16                  Jam E. Bue
--------                 ------------------------
  Date                    Signature of Plaintiff

                         PO  Box    1485
                         ------------------------
                         Fayetteville , NC    28302
                         ------------------------
                         910 583.0517
                         ------------------------
                         Address and Telephone Number of Plaintiff
```